UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTINE J. HENDRICKSON,

Defendant.

CASE NO. CR05-142C

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the defendant to the charge(s) contained in the Information, and the defendant is adjudged guilty of such offense(s).  All parties shall appear before this Court for sentencing as directed.

SO ORDERED this 28th  day of April, 2005.

UNITED STATES DISTRICT JUDGE

ORDER – 1